UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:22-cr-00519 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| RAYSHAWN A.A. BUSH, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Reuben J. Sheperd regarding the change of plea hearing of Rayshawn A.A. Bush that was referred to the Magistrate Judge with the consent of the parties.

On January 12, 2023, the Government filed a 17 count multi-defendant Superseding Indictment, charging Defendant Rayshawn A.A. Bush with the following: Count 1 – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(D), and 846; Count 3 – Attempted Possession with Intent to Distribute Methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) and 846; Count 8 – Possession with Intent to Distribute Fentanyl, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi); Count 9 —Possession with Intent to Distribute Cocaine, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); Count 10 —Maintaining a Drug Premises, in violation of Title 21 U.S.C. § 856(a)(1); Count 13 — Use of a Communication Facility to Facilitate a Felony Drug Offense, in violation of Title 21 U.S.C. § 843(b).  Defendant Rayshawn A.A. Bush was arraigned on January 23, 2023, during which he entered a plea of not guilty to the charges. On July 11, 2024, Magistrate Judge Reuben J. Sheperd received Defendant

Rayshawn A.A. Bush's plea of guilty to Count 1, 3, 8, and 9 of the Superseding Indictment, with a written plea agreement, and issued the R&R on July 12, 2024, concerning whether the plea should be accepted and finding of guilty entered. Neither party has submitted objections to the Magistrate Judge's R&R.

On *de novo* review of the record, the Magistrate Judges R&R is adopted. Defendant Rayshawn A.A. Bush is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Rayshawn A.A. Bush is adjudged guilty of Count 1, 3, 8, and 9 of the Superseding Indictment as set forth in the plea agreement, and further described as follows: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. § 846, 841(a)(1) and (b)(1)(A); Attempted Possession with Intent to Distribute Methamphetamine, in violation of Title 21 U.S.C. § 846, 841(a)(1) and (b)(1)(A); Possession with Intent to Distribute Fentanyl, in violation of Title 21 U.S.C. § 846, 841(a)(1) and (b)(1)(A); and Possession with Intent to Distribute Cocaine, in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(C).

This matter has been referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report. Sentencing will occur pursuant to further order.

IT IS SO ORDERED.

*s/David A. Ruiz*     1/28/2025
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE